UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


UNITED STATES OF AMERICA                                                      PLAINTIFF

VS.                                                                                         NO. 3:10CR-22-S

GUALBERTO TELLES-GUERRERO                                                DEFENDANT


## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Scott Davis on behalf of Laura Hall, Assistant United States Attorney. The hearing was recorded by Dena Legg, Official Court Reporter. Certified Spanish Interpreter Christina Courtright was present in the Courtroom and advised by the defendant that he did not require the services of an interpreter. The Defendant, Gualberto Telles-Guerrero, by consent and with Scott Wendelsdorf on behalf of Jamie Haworth, Assistant Federal Defender appeared in open court on September 22, 2010, and entered a plea of guilty as to Count 1 of the Indictment pursuant open plea.. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty as to Count 1 in the Indictment and have sentence imposed accordingly.

Sentencing is hereby scheduled for **December 15, 2010 at 1:30 p.m.** before the Honorable Charles R. Simpson III, Judge United States District Court .

The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall remain in the custody of the United States Marshal.

Date: September 23, 2010

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

25